HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
SAWYER SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>SAWYER SCOTT,<br><br>*Defendant*. | Case No. 1:19-mj-00126-SAB<br><br>MOTION DESIGNATING COMMUNITY SERVICE ORGANIZATION; ORDER<br><br>Judge: Hon. Stanley A. Boone |

On December 12, 2020, the Court sentenced Sawyer Scott to complete 60 hours of community service with a court-approved organization. Mr. Sawyer now asks the Court for permission to perform and complete his community service at Habitat for Humanity's ReStore program, located in Fresno and Clovis, California.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 15, 2020     */s/ Matthew Lemke*
                           MATTHEW LEMKE
                           Assistant Federal Defender
                           Attorney for Defendant
                           SAWYER SCOTT

# ORDER

It is hereby ordered that Sawyer Scott may perform and complete his court-ordered community service at Habitat for Humanity's ReStore program.

IT IS SO ORDERED.

Dated: **January 15, 2020**

UNITED STATES MAGISTRATE JUDGE