HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SAWYER SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAWYER SCOTT,<br><br>Defendant. | Case No. 1:19-mj-00126-SAB<br><br>JOINT MOTION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c); AND ORDER |

The parties, through their respective counsel, William Taylor, Special Assistant United States Attorney, counsel for plaintiff, and Matthew Lemke, Assistant Federal Defender, counsel for Defendant Sawyer Scott, hereby move pursuant to 18 U.S.C. § 3563(c) to modify Sawyer Scott's terms of probation. On December 12, 2019, the Court sentenced Mr. Scott to twelve months of unsupervised probation. As a condition of probation, the Court ordered Mr. Scott to pay a $600.00 fine, pay a $10.00 special assessment, complete the First Time DUI Offender Program, complete 60 hours of community service, and obey all laws. ECF No. 10.

Since Mr. Scott was sentenced, a coronavirus outbreak has caused a global pandemic. To date, there have been nearly 580,000 cases of COVID-19 in California alone.[1] Due to COVID-19 related restrictions and personal health concerns, Mr. Scott has been unable to complete his

---

[1] COVID-19 Updates, California Department of Health
<https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx> (last accessed August 12, 2020)

community service obligation in full.  With no end to the public health crisis in sight, the parties ask that the Court convert Mr. Scott's remaining service hours to an additional monetary fine.  Mr. Scott has completed 24 hours of service.  *See* Exhibit A (community service hour log).  As such, the parties ask that the remaining 36 hours be converted to monetary fine.  Specifically, the parties stipulate that Mr. Scott's conditions of probation be modified as follows:

- Condition number 4 be modified to impose an additional monetary fine of $360.00. With that the addition, Mr. Scott's total monetary fine amounts to $960.00.
- Condition number 8 be modified to impose 28 hours of community service in total.

WHEREFORE, the parties request that the Defendant's conditions of probation be modified pursuant to 18 U.S.C. § 3563(c).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 14, 2020         /s/ *Matthew Lemke*
                              MATTHEW LEMKE
                              Assistant Federal Defender
                              Attorney for Defendant
                              SAWYER SCOTT


                              MCGREGOR W. SCOTT
                              United States Attorney

Date: August 14, 2020         */s/ William Taylor*
                              WILLIAM TAYLOR
                              Special Assistant United States Attorney
                              Attorney for Plaintiff


**ORDER**

Pursuant to the stipluation of the parties to modify the Defendant's condition of probation, the Court hereby modifies under 18 U.S.C. § 3563(c) the Defendant's condtions of probation as follows: Mr. Scott is ordered to complete 28 hours of community service total and pay a total fine of $960.00.  All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE