IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAWYER SCOTT,<br><br>Defendant. | Case No. 1:19-mj-00126-SAB<br><br>ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(C<br><br>(ECF No. 18) |

On October 8, 2020, the parties filed a stipulation pursuant to 18 U.S.C. § 3564(c) for early termination of Defendant Scott's probation because he has satisfied all conditions of probation. Presently, Defendant's probation is set to expire on December 11, 2020. In the stipulation, the parties state that there was an error in the stipulation filed on August 14, 2020, which converted community service hours to a fine. The intent of the parties was for the fine to replace the entire amount of community service hours that had not been completed. The parties stipulation should have stated that probation was modified to 24 hours of community service, but stated 28 hours in error. By the current stipulation the parties seek to correct the prior stipulation, vacate the October 15, 2020 status hearing, and terminate probation as Defendant has completed all the terms of his probation.

The Court shall grant in part the stipulation of the parties. The terms of probation shall be modified to reflect the intent of the August 14, 2020 stipulation and the October 15, 2020 status conference shall be vacated. However, the Court declines to terminate probation at this

time and Defendant's probation shall expire in its natural course.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 14, 2020 order modifying the terms of probation pursuant to 18 U.S.C. § 3563(c) (ECF No. 16) is AMENDED at 3:4 from "28 hours of community service" to "24 hours of community service";

2. The October 15, 2020 status hearing is VACATED and the parties need not appear on that date; and

3. Defendant Scott's probation shall expire in its natural course on December 11, 2020.

IT IS SO ORDERED.

Dated:  **October 14, 2020**

UNITED STATES MAGISTRATE JUDGE